| | Fill in this information to identify the case: |
|---|---|
| Debtor name | 154 Lenox LLC |
| United States Bankruptcy Court for the: | EASTERN District of NY (State) |
| Case number (If known): | 22-40736 |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | GUY GUSSIN, CLAIMS TRUSTEE C/O JARED PAIOFF Schwartz Sladkus Reich Greenberg & Atlas LLP 444 MADISON AVENUE, NEW YORK, NY10022 | | JUDGMENT | | | | 6,412,244 |
| 2 | | | | | | | |
| 3 | Environmental Bulkheading Corp 50 DAVISON LANE EAST WEST ISLIP NY 11759 | | CONTRACT | DISPUTED | | | 366,019 |
| 4 | Brooklyn Upreal A2 LLC c/o Efrem Schwalb Koffsky Schwalb LLC 500 Seventh Avenue, 8th Floor New York, NY 10018 | | SUBROGATION; ADVANCE | | | | 56,250 |
| 5 | NYC Office of Administrative Trials and Hearings 66 John Street, 10th Floor New York NY 10038 | | VIOLATIONS | | | | 70,000 EST |
| 6 | American Arbitration Association 1301 Atwood Avenue, Suite 211N Johnston, R.I. 02919 Attn: Julie M. Molloy | | SERVICES | UNLIQ. | | | 106.25 |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204       Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims       page 1